Case 3:20-cv-00003-NJR   Document 21   Filed 06/19/20   Page 1 of 2   Page ID #74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO K. TAYLOR,<br>#M235370,<br><br>           Plaintiff,<br><br>v.<br><br>DR. KARIMI, *et al.*,<br><br>           Defendants. | Case No. 20-cv-00003-NJR |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

      This lawsuit was commenced by multiple plaintiffs pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act, 42 U.S.C. §§ 12101-213, and the Rehabilitation Act regarding the treatment they received at Chester Mental Health Center. On January 13, 2020, Plaintiff Kennado K. Taylor's motion for leave to proceed *in form pauperis* ("IFP") was denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 8). Taylor was ordered to pay the filing fee of $400.00 and a signed complaint on or before February 10, 2020. He was warned that failure to comply would result in him being dismissed from this action. *Id.*

      On May 19, 2020, the Court entered an order dismissing all Plaintiffs, except Taylor, from this action, and granting Taylor additional time to pay his filing and file a signed amended complaint. (Doc. 19). He was warned that as the only remaining Plaintiff failure to do so would result in dismissal of the entire action.

      The deadline has passed, and Taylor has failed to pay the filing fee or file a signed complaint. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court and for want of prosecution. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Taylor is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed. Therefore, the filing fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(a)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

DATED:   June 19, 2020

*[signature]*

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**